# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| MR. AND MRS. R., *Individually and as Parents and Next Friends of A.R., a Minor*,<br><br>Plaintiffs<br><br>v.<br><br>YORK SCHOOL DEPARTMENT,<br><br>Defendant | )<br>)<br>)<br>)<br>) 2:18-CV-00047-LEW<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On May 24, 2019, the United States Magistrate Judge filed with the court, with copies to counsel, his Recommended Findings of Fact and Conclusions of Law concerning Plaintiffs' challenge to the determination of a Maine Department of Education hearing officer that Defendant offered Plaintiffs' child an appropriate individualized education program. The time within which to file objections expired on June 10, 2019, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED and ADOPTED. Plaintiffs' request for relief is DENIED and the Clerk will enter judgment for Defendant.

**SO ORDERED.**

Dated this 1st day of July, 2019.

/s/ Lance E. Walker
**U.S. DISTRICT JUDGE**